

"Armand L. Skrine"
&lt;askrine@garcesgrabler.com&gt;

03/18/2009 04:29 PM

To &lt;rjdnef_hayden@njd.uscourts.gov&gt;
cc
bcc
Subject  adjournment request

LAW OFFICES OF
GARCES & GRABLER

20 GREEN STREET
NEWARK, NJ 07102

(973) 848-0500
(973) 848-1601 FAX

March 18, 2009

Honorable Katharine S. Hayden
Frank R. Lautenberg U.S. P.O. Cthse
Room 311
P.O. Box 999, Newark, NJ 07102

    Re: **ADJOURNMENT REQUEST**
      **U.S.A. v. Eddie Gilbert**
      Docket No.: 08-00009-003

 The letter is an adjournment request for the above referenced matter scheduled for sentencing on Monday March 23, 2009 at 2:00 p.m.

John D. Caruso, Esq. is currently handling a murder trial in Union County. This trial is expected to last up to 3 weeks. Mr. Caruso, Esq. and A.U.S.A. Robert Frazer have agreed to April 13, 2009 at 2:00 p.m. as the rescheduled date.

Please feel free to contact me at our Newark office if there are any concerns or conflicts. Thank you for your prompt attention on this matter.

        Respectfully submitted,

        John D. Caruso, Esq.

I remain,

*[Handwritten:] ★ Request Granted. Sentencing set for April 8, 2009 @ 12:00 noon.*

*[Handwritten:] SO ORDERED 3/19/09 KS Hayden*