

"Armand L. Skrine"
&lt;askrine@garcesgrabler.com&gt;

03/23/2009 05:04 PM

To &lt;njdnef_hayden@njd.uscourts.gov&gt;
cc &lt;justic4al2000@yahoo.com&gt;
bcc
Subject  adjournment request

LAW OFFICES OF
GARCES & GRABLER

20 GREEN STREET
NEWARK, NJ 07102

(973) 848-0500
(973) 848-1601 FAX

March 23, 2009

Honorable Katharine S. Hayden
Frank R. Lautenberg U.S. P.O. Cthse
Room 311
P.O. Box 999, Newark, NJ 07102

        Re:    **ADJOURNMENT REQUEST**
                   **U.S.A. v. Eddie Gilbert**
                   Docket No.:  08-00009-003

The letter is an adjournment request for the above referenced matter scheduled for sentencing on Wednesday April 8, 2009 at 12:00 p.m.

John D. Caruso, Esq. is currently handling a murder trial in Union County. This trial is expected to last through the week of April 1, 2009.

Unfortunately, during the week of April 8, 2009, Mr. Caruso, Esq. has a scheduled vacation starting on Friday April 3, 2009, and is expected to have off the week of April 6th. Mr. Caruso's son has Spring Break the week of April 6, 2009 and Mr. Caruso planned this vacation in conjunction with his son's holiday week to spend quality time and provide care for his son.

Mr. Caruso, Esq. and A.U.S.A. Robert Frazer have agreed to April 16, 2009 as the reschedule date.

Please feel free to contact me at our Newark office if there are any concerns or conflicts. Thank you for your prompt attention on this matter.

                            Respectfully submitted,
                            John D. Caruso, Esq.

I remain,

*Armand L. Skrine*

Law Clerk
Criminal Division
Garces & Grabler, P.C.
(973) 848-0500 ext. 1613
askrine@garcesgrabler.com

CAUTION - This message may contain privileged and confidential information belonging to the Garces and Grabler Law Firm, intended only for the use of the addressee named above. If you are not the intended recipient of this message you are hereby notified that any use, dissemination, distribution or reproduction of this message is prohibited. If you have received this message in error please notify the Garces and Grabler Law Firm immediately via email at dcollins@garcesgrabler.com, or via FAX at 732-745-1249. Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the Garces and Grabler Law Firm.

\* Request GRANTED. Sentencing will go forward on April 15, 2009 at 10:00 a.m. No further Adjournments will be granted.

SO ORDERED

3/24/09