WILLIAM J. GARCES
WILLIAM N. GRABLER ♦
─────────────
ALAN T. GRENING ■☐
ESTHER M. SIEIRA-ALVAREZ
ANIELLO D. CERRETO
JONATHAN A. KESSOUS ◊
JOHN D. CARUSO ♢
ARLINDO B. ARAUJO ☐◊
DAVID N. FIVELAND
GARY A. CAVALLI
LAWRENCE A. LeBROCQ ♦☐
MICHAEL R. SPECK
KEVIN S. RIECHELSON ☐
DAVID M. WASSERMAN
MICHAEL S. RICHMOND
PLINIO T. DEGOES, JR.
IFEOMA Y. EJEZIE ☐
KAREN R. SEIDEN ★
PAMELA J. JOHNSON ♦
J. ANDREW VELEZ
JOSEPH J. COMPITELLO ☐

GERALD B O'CONNOR, OF COUNSEL

■ MEMBER DC BAR
☐ MEMBER PA BAR
◊ MEMBER NY BAR
★ MEMBER CA BAR ONLY
♦ CERTIFIED BY THE SUPREME COURT OF NEW
  JERSEY AS A WORKERS' COMPENSATION LAW ATTORNEY
♢ CERTIFIED BY THE SUPREME COURT OF NEW
  JERSEY AS A CIVIL TRIAL ATTORNEY
◊ CERTIFIED BY THE SUPREME COURT OF NEW
  JERSEY AS A CRIMINAL TRIAL ATTORNEY

## LAW OFFICES OF
## GARCES & GRABLER
### A PROFESSIONAL CORPORATION

20 GREEN STREET
NEWARK, N.J. 07102

(973) 848-0500
(973) 848-1601 FAX

WWW.GARCESGRABLER.COM

*Se habla Español*
*Mówimy po Polsku*

☐ 235 LIVINGSTON AVENUE
NEW BRUNSWICK, NJ 08901
(732) 249-1300
(732) 220-1955 FAX

☐ 253 E. FRONT STREET
TRENTON, N.J. 08611
(609) 393-0700
(609) 393-8581 FAX

☐ 502 AMBOY AVENUE
PERTH AMBOY, N.J. 08861
(732) 826-2300
(732) 826-4027 FAX

☐ 2 SOUTH BROAD STREET
ELIZABETH, N.J. 07202
(908) 436-0001
(908) 436-0002 FAX

☐ 415 WATCHUNG AVENUE
PLAINFIELD, N.J. 07060
(908) 769-3356
(908) 769-7893 FAX

☐ 6 THROCKMORTON STREET
FREEHOLD, N.J. 07728
(732) 414-5000
(732) 414-5001 FAX

April 8, 2009

 REPLY TO: NEWARK

Hon Katherine S. Hayden
Judge of the United States District Court
U.S.P.O. Cthse. Bldg. Room 311
Newark 07101-0999

 RE: *Request for Adjournment of Sentencing*
  United States v. Eddie Gilbert
  Shed. Sentencing: 4/15/09 @ 10:00 A.M.

Dear Judge Hayden:

 I am writing to respectfully request an adjournment of the above sentencing hearing.

 For the past three weeks, I have been engaged in a murder trial in the matter of *State of New Jersey v. Ademir Ramalho* (Union Co Superior Court; Hon. James Heimlich, J.S.C.). The trial involves on insanity defense and has gone longer than expected due to, inter alia, my client's suicide attempt on 4/5/09, during trial requiring a delay in the proceedings. We are scheduled to resume trial on 4/13/09 and it is not anticipated that the jury will even be charged until 4/15/09. Because of this continuing trial, I will be unavailable on 4/15.

 Due to this trial, counsel has also failed to submit a written sentencing memorandum on behalf of Mr. Gilbert. Counsel believes that such a memorandum is necessary for effective representation at sentencing. Mr. Gilbert and his family are somewhat dissatisfied with my representation and the plea agreement I negotiated.

 In addition, Mr. Gilbert has expressed a desire to meet with the government before being sentenced. I have conferred with A.U.S.A. Robert Frazier and he does not oppose this request.

 Respectfully submitted,
 BY: *John D. Caruso*
 JOHN D. CARUSO, ESQ.

*[Handwritten note:] *Request GRANTED. Sentencing is scheduled for April 27, 2009 at 2:00pm. No further adjournments will be granted. SO ORDERED. Katharine S. Hayden USDJ  Date: 4/14/09*